AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| ADI ACQUISITION CO., LLC | ) | **20 MC0945** |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:18-cv-01871-HZ |
| THEODORE L. VALLAS | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 07/20/2020.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 8/19/2020

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADI ACQUISITION CO., LLC,   No. 3:18-cv-01871-HZ

        Plaintiff,   JUDGMENT

    v.

THEODORE L. VALLAS,

        Defendant.

HERNÁNDEZ, District Judge:

    Pursuant to the Court's Findings of Fact and Conclusions of Law [ECF 73] entered after a bench trial on June 10 and 11, 2020, judgment is hereby entered for Plaintiff and against Defendant.

    Plaintiff is awarded: (i) damages in the amount of $2,456,095.45 as of January 31, 2020; (ii) damages in the amount of $99,727.32 as of May 31, 2020, as established at trial by Plaintiff's Updated Exhibit 29; (iii) damages in the amount of $840.27 per day for interest accrued from June 1, 2020 through entry of this judgment; (iv) post-judgment interest at a rate equal to the

1 – JUDGMENT

weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System for the calendar week preceding the date of the Judgment; (v) attorney fees in the amount of $55,506.60 and costs in the amount of $2,003.27 as of December 31, 2019; and (vi) attorney fees and costs incurred after January 1, 2020, as shall be determined by the Court upon Plaintiff's motion pursuant to Fed. R. Civ. P. 54(d) and granted pursuant to a supplemental judgment.

DATED: _____July 20, 2020_____.

_____/s/ Marco Hernandez_____
MARCO A. HERNANDEZ
United States District Judge

2 – JUDGMENT