# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ADI ACQUISITION CO., LLC

Plaintiff,

v.

THEODORE L. VALLAS

Defendant.

Case No. 3:20-mc-00945

### PRO HAC VICE APPLICATION

ADI Acquisition Co., LLC
Party Represented

I, Dov B. Gold (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Seiden Law Group, LLP
Street address: 322 8th Avenue, Suite 1705
City, State, ZIP: New York, NY 10001
Phone number: (646) 766-1914
Email: dgold@seidenlawgroup.com

That on March 5, 2019 (Date) I was admitted to practice before Southern District of New York (Name of Court)

and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case
Case Number                                  Date of Application
Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dov B. Gold
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Kevin Hughes
(Name)

(424) 253-1266
(Telephone)

Foundation Law Group LLP
(Firm)

1999 Avenue of the Stars, Suite 1100
(Street)

Los Angeles
(City)

90067
(Zip code)

/s/ Dov B. Gold
(Signature of Applicant)

I hereby consent to the above designation.

*Kevin Hughes*
(Signature of Designee Attorney)