AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

| | |
|---|---|
| ADI Acquisition Co., LLC<br>*Plaintiff*<br>v.<br>Theodore Vallas<br>*Defendant* | Case No. 20-mc-00945 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff ADA Acquisition Co., LLC

Date: 04/13/2021

*Attorney's signature*

Kevin D. Hughes 188749
*Printed name and bar number*
Foundation Law Group LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067

*Address*

kevin@foundationlaw.com
*E-mail address*

(424) 253-1266
*Telephone number*

(424) 253-1101
*FAX number*